

# THE ATTORNEY GENERAL
## OF TEXAS

AUSTIN, TEXAS 78711

WAGGONER CARR
ATTORNEY GENERAL

October 6, 1966

Honorable John L. Hill
Secretary of State
Office of the Secretary
   of State
Austin, Texas

Opinion No. C-773

Re: Number of directors
    necessary for volun-
    tary corporate dis-
    solution.

Dear Mr. Hill:

You have requested the opinion of this office as
to whether the Secretary of State may approve and file
a Statement of Intent to Dissolve which lists only two
directors.

Article 2.31, Texas Business Corporation Act, pro-
vides in part, that "the business and affairs of a
corporation shall be managed by a board of directors."

Turning to Article 2.32, Texas Business Corporation
Act, we find the pertinent provision there provides:

"The number of directors of a corpora-
tion shall not be less than three. Subject
to such limitation, the number of directors
shall be fixed by the by-laws, except as to
the numbers constituting the first board of
directors, which number shall be fixed by the
articles of incorporation." (emphasis added.)

It is the opinion of this office that a corporation
must have a minimum of three directors. Therefore, you
may not accept and file a Statement of Intent to Dissolve
from a corporation listing less than three directors.
Furthermore, this is consistent with your long-standing
departmental construction requiring a minimum of three
directors.

## S U M M A R Y

The Secretary of State may not approve
and file a Statement of Intent to Dissolve
which lists less than three directors.

-3712-

Yours very truly,

WAGGONER CARR
Attorney General of Texas

CHARLES M. BARDWELL
Assistant Attorney General

CMB:ds

APPROVED:
OPINION COMMITTEE:

W. O. Shultz, Chairman
Robert Flowers
Paul Martin
James McCoy
H. Grady Chandler

APPROVED FOR THE ATTORNEY GENERAL

By:  T. B. Wright